```
          UNITED STATES DISTRICT COURT
          MIDDLE DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| Scartelli Construction Services, Inc., <br><br>　　　　　　Plaintiff, <br><br>　v. <br><br> Chesapeake Building Components, Inc., <br><br>　　　　　　Defendants. | No.3:18-CV-1164 <br><br> (Judge Caputo) |

# ORDER

AND NOW, this 23rd day of January 2019, for the reasons provided in the simultaneously filed memorandum, **it is hereby ordered and decreed as follows**:

1. Defendant Chesapeake's Motion to Change Venue (Doc. 21) is denied; and

2. Defendant Chesapeake's Motion to Dismiss, or, in the alternative, for a More Definite Statement (Doc. 17) is granted to the extent that Count IV Promissory Estoppel of Plaintiff's Amended Complaint (Doc. 15) is dismissed; said motion is denied in all other respects.

　　　　　　　　　　　　　　　　By the Court:

　　　　　　　　　　　　　　　　<u>S/A. Richard Caputo</u>
　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　United States District Judge