# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Scartelli Construction Services, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Chesapeake Building Components, Inc., <br><br> Defendant. | No. 3:18-cv-1164 <br><br> (Judge Caputo) |

## ORDER

AND NOW, this 5th day of February, 2019, for the reasons provided in the foregoing memorandum, **it is hereby ordered and decreed as follows:**

The Motion to Strike Declarations of Ralph Scartelli, John L. Ludwig, and Lawrence Ludwig, Esquire filed by Defendant Chesapeake Building Components, Inc. (Doc. 34) is hereby denied.

By the Court:

S/A. Richard Caputo
A. Richard Caputo
United States District Judge